SEALED

**FILED**

NOV 1 7 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1    PHILLIP A. TALBERT
     Acting United States Attorney
2    OWEN ROTH
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Telephone: (916) 554-2700
     Facsimile: (916) 554-2900
5

6    Attorneys for Plaintiff
     United States of America

7

8           IN THE UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA

10

11    In the Matter of the Search of:      CASE NO.   2:16-SW-0724 DB

12    THE CELLULAR TELEPHONE ASSIGNED    SEALING ORDER
     CALL NUMBER (916) 417-9529, WITH IMSI
13    310120138762440                **UNDER SEAL**

14

15                  **S E A L I N G   O R D E R**

16       Upon Application of the United States of America and good cause having been shown,

17       IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

18    SEALED until further order of this Court.

19

20    Dated: 11-17-16                                              
21                             Hon. Deborah Barnes
                            U.S. MAGISTRATE JUDGE

22

23

24

25

26

27

28